IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LOGUE, LINDA<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br><br>CASE NO. 07B-21819 BWB<br><br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 11/20/07. The Trustee was appointed on 11/20/07. An order for relief under Chapter 7 was entered on 11/20/07.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 9/26/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 12,430.63

    b. DISBURSEMENTS (See Exhibit C)      $ 2,000.00

    c. NET CASH available for distribution      $ 10,430.63

    d. TRUSTEE/PROFESSIONAL COSTS
        1. Trustee compensation requested (See Exhibit E)      $ 1,793.06
        2. Trustee Expenses (See Exhibit E)      $ 34.75
        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 2,795.69
        $

5. The Bar Date for filing unsecured claims expired on 05/22/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 4,623.50

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 0.00

    e. Allowed unsecured claims      $ 66,674.12

7. Trustee proposes that unsecured creditors receive a distribution of 8.71% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $2,795.69. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,623.50. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  9/26/08                                               RESPECTFULLY SUBMITTED,

                                              By:/s/Thomas B. Sullivan
                                                    THOMAS B. SULLIVAN, TRUSTEE
                                                    1900 RAVINIA PLACE
                                                    ORLAND PARK, IL  60462
                                                    Telephone # (708) 226-2700

## TRUSTEE TASKS

The Trustee conducted a first meeting of creditors on December 27, 2007. The meeting was continued to January 31, 2008 and again to March 20, 2008. While interviewing the debtor the Trustee took note of a bank account that the debtor appeared to have one-half interest in with her mother, June Brewer. The Trustee promptly obtained ownership interest information and the balance of the bank account.

One February 20, 2008 the Trustee filed an initial report of assets and a bar date was set for 5/22/08. Counsel was employed on behalf of the Trustee.

On March 11, 2008, the debtor's attorney filed a motion to compel the Trustee to abandon non-estate property. Trustee's counsel filed a response on behalf of the Trustee on March 12, 2008. Along with said response, Trustee's counsel provided documentation indicating Ms. Logue was the "secondary joint holder" of the account, giving her one-half interest in the account.

After various correspondence with the Debtor's attorney, the funds were received in the amount of $12,422.26 on March 24, 2008.

Claims were examined and First Tennessee Bank was contacted regarding claim number one filed as a secured claim. The

**representative for the creditor promptly signed a withdrawal of the claim on July 8, 2008 and Trustee's counsel filed the withdrawal form electronically.**

**A final report was prepared.**

**8 HOURS @ $475.00/HOUR = $3,800.00**

**EXHIBIT A**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 12,430.63 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 3,610.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 183,450.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07B-21819 BWB  
**Case Name:** LOGUE, LINDA  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/20/07 (f)  
**§341(a) Meeting Date:** 12/27/07  

**Period Ending:** 09/25/08  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | JOINT CHECKING ACCOUNT (u) | 24,757.81 | 22,757.81 | | 12,422.26 | FA |
| 2 | 21324 CARLSTON STREET, CREST HILL, IL (1/2 INT) | 192,000.00 | 0.00 | | 0.00 | FA |
| 3 | CASH | 10.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING/SAVINGS | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 800.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 401 K ATA AIRLINES | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2002 FORD EXPLORER | 5,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8.37 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$222,817.81** | **$22,757.81** | | **$12,430.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008      **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 09/25/2008 02:44 PM      V.10.54

**Form 2**  Page: 1

**Cash Receipts And Disbursements Record**

**Case Number:** 07B-21819 BWB  
**Case Name:** LOGUE, LINDA  

**Taxpayer ID #:** 13-7593460  
**Period Ending:** 09/25/08  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****99-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/08 | {1} | WELLS FARGO BANK NA | TURNOVER OF 1/2 OF PROCEEDS FROM CHECKING ACCOUNT | 1229-000 | 12,422.26 | | 12,422.26 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.42 | | 12,422.68 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.73 | | 12,424.41 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.61 | | 12,426.02 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.57 | | 12,427.59 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.57 | | 12,429.16 |
| 08/07/08 | 1001 | LINDA LOGUE | CLAIMED EXEMPTION IN BANK ACOUNT | 8100-002 | | 2,000.00 | 10,429.16 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.47 | | 10,430.63 |

|  |  | **ACCOUNT TOTALS** | **12,430.63** | **2,000.00** | **$10,430.63** |
|---|---|---|---|---|---|
|  | Less: Bank Transfers | | 0.00 | 0.00 | |
|  | **Subtotal** | | **12,430.63** | **2,000.00** | |
|  | Less: Payments to Debtors | | | 2,000.00 | |
|  | **NET Receipts / Disbursements** | | **$12,430.63** | **$0.00** | |

{} Asset reference(s)   Printed: 09/25/2008 02:44 PM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07B-21819 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LOGUE, LINDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****99-66 - Checking Account |
| Taxpayer ID #: | 13-7593460 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/25/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
              Net Receipts :      12,430.63
       Less Payments to Debtor :    2,000.00
                              ─────────────
                 Net Estate :     $10,430.63
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****99-65** | 12,430.63 | 0.00 | 10,430.63 |
| **Checking # ***-*****99-66** | 0.00 | 0.00 | 0.00 |
| | $12,430.63 | $0.00 | $10,430.63 |

{} Asset reference(s)   Printed: 09/25/2008 02:44 PM   V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LOGUE, LINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-21819 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,623.50 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 5,807.13 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,430.63 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 4,623.50 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 1,793.06 | 1,793.06 |
| ADMIN2 | THOMAS B. SULLIVAN, TRUSTEE | 34.75 | 34.75 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 20.69 | 20.69 |
| ADMIN4 | Grochocinski, Grochocinski & Lloyd, Ltd. | 2,775.00 | 2,775.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL       $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL       $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL       $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL       $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL       $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 66,674.12 | 8.71% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 002 | DISCOVER BANK/DFS SERVICES LLC | 14,885.34 | 1,296.47 |
| 003 | WELLS FARGO BANK, NA | 14,137.96 | 1,231.38 |
| 004 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK | 8,213.04 | 715.33 |
| 005 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | 8,958.62 | 780.27 |
| 006 | FIA CARD SERVICES, NA BANK OF AMERICA | 20,479.16 | 1,783.68 |
| | | TOTAL $ | 5,807.13 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 001 | FIRST TENNESSEE BANK NA<br>6522 CHAPMAN HWY<br>KNOXVILLE, TN  37920- | $  36,838.68 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____

THOMAS B. SULLIVAN, TRUSTEE

# PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 20.69 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 2,775.00 | |
| | | | 2,795.69 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 2,795.69 | $ 2,795.69 |

1