**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LOGUE, LINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-21819 BWB<br><br>JUDGE BRUCE W. BLACK |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, pursuant to 11 U.S.C. §330, and requests $1,793.06 as compensation, $0.00 of which has previously been paid, and $34.75 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,430.63.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 543.06 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $ 1,793.06 | |

II.  TRUSTEE'S EXPENSES

**EXHIBIT E**

Other Expenses                                      $_____34.75

TOTAL EXPENSES                                      $_____34.75

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this   26th   day of September   ,   200 8

        /s/Thomas B. Sullivan
        SIGNATURE
        THOMAS B. SULLIVAN, TRUSTEE
        1900 RAVINIA PLACE
        ORLAND PARK, IL  60462
        Telephone # (708) 226-2700

**EXHIBIT E**