**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LOGUE, LINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-21819 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **December 12, 2008**
    at:  9:15 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $          12,430.63

    b. Disbursements                         $           2,000.00

    c. Net Cash Available for Distribution   $          10,430.63

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $1,793.06 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | $34.75 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Expenses) | 0.00 | $20.69 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Firm Legal Fees) | 0.00 | $2,775.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $66,674.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 8.71%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | DISCOVER BANK/DFS SERVICES LLC | $ 14,885.34 | $ 1,296.47 |
| 003 | WELLS FARGO BANK, NA | $ 14,137.96 | $ 1,231.38 |
| 004 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK | $ 8,213.04 | $ 715.33 |
| 005 | LVNV FUNDING LLC ASSIGNEE OF CITIBANK | $ 8,958.62 | $ 780.27 |
| 006 | FIA CARD SERVICES, NA BANK OF AMERICA | $ 20,479.16 | $ 1,783.68 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, cash, checking, household goods, 2002 Ford Explorer.

Dated: **November 6, 2008**  For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1              Date Rcvd: Nov 06, 2008
Case: 07-21819                Form ID: pdf002             Total Served: 21

The following entities were served by first class mail on Nov 08, 2008.
db           +Linda L Logue,   21324 Carlston St.,   Crest Hill, IL 60403-1177
aty          +Brian D Johnson,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Stephen J West,   Law Offices Of Stephen J West,   628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
11761707      Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11761708      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
11761711      First Horizon,   PO Box 809,   Memphis, TN 38101-0809
11761712      First Horizon,   PO Box 2351,   Memphis, TN 38101-2351
11794534     +First Tennessee Bank NA,   6522 Chapman Hwy,   Knoxville, TN 37920-6567
11761714      Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
11761715      Union Plus Credit Card,   PO Box 17051,   Baltimore, MD 21297-1051
12033388     +Wells Fargo Bank, N.A.,   c/o Wells Fargo Card Services,   Recovery Department,   P.O. Box 9210,
               Des Moines, IA 50306-9210
11761716      Wells Fargo Card Services,   PO Box 6412,   Carol Stream, IL 60197-6412
12140237      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Nov 07, 2008.
11761710      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2008 04:22:18     Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130-0395
11990167      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 07 2008 04:22:17
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12252195     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2008 04:21:46
               FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12170543      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11848833      E-mail/PDF: rmscedi@recoverycorp.com Nov 07 2008 04:21:26
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski, Grochocinski and LLyod Ltd
11761713      HSBC Bank
11761709*     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 08, 2008**          **Signature:** *Joseph Speetjens*